**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00274-CR**
**NO. 09-13-00275-CR**
_____

**JOE FRANK MCINTYRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause Nos. 07-01252, 07-02345

**MEMORANDUM OPINION**

Appellant Joe Frank McIntyre was convicted of two charges of felony driving while intoxicated. McIntyre attempts to appeal the trial court's denial of his motion for a free record to pursue a post-conviction writ of habeas corpus.

This Court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.). No statute vests this Court with jurisdiction over an appeal from an order

denying a request for a free copy of the trial record when the request is not presented in conjunction with a timely-filed direct appeal. *Id*.; *see Self v. State*, 122 S.W.3d 294, 294-95 (Tex. App.—Eastland 2003, no pet.). An intermediate court of appeals has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *Self*, 122 S.W.3d at 295; *see also* Tex. Code Crim. Proc. Ann. art. 11.07, § 3 (West Supp. 2012). Accordingly, the appeals are dismissed for want of jurisdiction.

APPEALS DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered August 14, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.